1  Douglas F. Walters (SBN 75178)
   LAW OFFICES OF DOUGLAS F. WALTERS, APC
2  12626 High Bluff Drive, Suite 330
   San Diego, California 92130
3  Tel:   (858) 623-5655
   Fax:  (858) 623-5645
4

5  Attorneys for Defendants OIG, Inc. and Jacques Oyhancabal

6
    Mark Aussieker
7   8830 Olive Ranch Lane
    Fair Oaks CA 95628
8  *In Pro Se*

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12 | MARK AUSSIEKER, in pro per, | Case No. 2:19-cv-1256 MCE DB PS |
   |---|---|
   | Plaintiff, | **STIPULATION FOR DISMISSAL** |
   | v. | |
   | OIG Inc, JACQUES OYHANCABAL, | Complaint Filed: July 8, 2019<br>Trial Date: Not Assigned |
   | Defendants. | |

20       It is hereby stipulated, pursuant to FRCP 41 41(a)(1)(A)(ii), by and between the parties hereto,

   that the above entitled action may be dismissed, with prejudice, in its entirety, each party to bear their

   own costs and fees.

   IT IS SO STIPULATED:

25 Dated: September 26, 2019        LAW OFFICE OF DOUGLAS F. WALTERS, APC

                                    By: _____
                                    Douglas Walters, Esq.
                                    Attorneys for Defendant OIG Inc, and Jacques Oyhancabal

---

1
STIPULATION FOR DISMISSAL

Dated: _____                                     _____
                                                      Mark Aussieker, In Pro Se

ORDER

     Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above entitled action is hereby dismissed, with prejudice, each party to bear their own costs and fees.

Dated: _____                                      _____
                                                      Judge of the United States District Court
                                                      For the Eastern District of California